Harold J. **PANUSKA**

v.

Robert James **JOHNSON**.

Bankruptcy No. 3–86–207.

Civ. No. 4–88–217.

United States District Court,
D. Minnesota,
Fourth Division.

June 16, 1988.

ORDER

ROSENBAUM, District Judge.

This matter is before the Court on appeal from the bankruptcy court. A hearing was held on June 16, 1988. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

The judgment rendered by the United States Bankruptcy Court on December 18, 1987, 80 B.R. 953, in Adversary Proceeding No. 3–86–107 is affirmed.